UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
BRICKLAYERS PENSION TRUST FUND - METROPOLITAN AREA;
BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND;
BRICKLAYERS & TROWEL TRADES INTERNATIONAL RETIREMENT SAVINGS
PLAN; BRICKLAYERS HOLIDAY TRUST FUND, METROPOLITAN AREA;
TROWEL TRADES HEALTH AND WELFARE FUND - DETROIT AND VICINITY;
BRICKLAYERS INTERNATIONAL MASONRY INSTITUTE;
DETROIT METROPOLITAN MASONRY JOINT APPRENTICESHIP & TRAINING
COMMITTEE; and the LABOR-MANAGEMENT COOPERATION COMMITTEE;
trust funds established under, and administered
pursuant to, federal law,

    Plaintiffs,

                                        HON. PATRICK J. DUGGAN
                                        Case 2:08-cv-10663

v.

DESANTIS CONSTRUCTION CO., INC.

    Defendant.
_____/

SACHS WALDMAN
GEORGE H. KRUSZEWSKI (P25857)
Attorney for Plaintiffs
1000 Farmer Street
Detroit, Michigan 48226
(313) 965-3464
_____/

**ORDER GRANTING PLAINTIFFS'**
**<u>VERIFIED MOTION FOR ALTERNATIVE SERVICE</u>**

At a session of said Court, held in the City of
Detroit, in the Theodore Levin U.S. Courthouse, on
April 11, 2008.

   HON. PATRICK J. DUGGAN
     UNITED STATES DISTRICT JUDGE

Based upon Plaintiffs' Motion for Alternative Service, with Brief and Affidavit filed in

support thereof,

      IT IS HEREBY ORDERED THAT

Plaintiffs' Motion for Alternative Service is hereby GRANTED and Plaintiffs shall be permitted to obtain service on Defendant DESANTIS CONSTRUCTION CO. INC., by posting a copy of the Summons, Complaint and Order Allowing Alternative Service on the front door of the defendant's registered office located at 22349 Antler Dr., Novi, Michigan 48375 **AND**, alternatively, by leaving said Summons, Complaint and Order Allowing Alternative Service with any responsible adult at that location, **AND** also by mailing a copy of said documents by regular and certified mail to defendant at the same address.

      s/Patrick J. Duggan
      Patrick J. Duggan
      United States District Judge

Dated: April 11, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 11, 2008, by electronic and/or ordinary mail.

      s/Marilyn Orem
      Case Manager